CITY OF NEW ROCHELLE, Respondent, *v.* MORGAN H. SEACORD, Appellant, et al., Defendants.

Argued January 23, 1946; decided March 7, 1946.

*Lyle Evans Mahan* for appellant.

*Aaron Simmons, Corporation Counsel* (*Francis S. Claps* of counsel), for respondent.

Appeal dismissed, with costs upon the ground that no substantial constitutional question is presented. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.